**Derrick COWAN, Plaintiff–Appellant,**

v.

**FIRST COMMUNITIES MANAGEMENT, INC., Defendant–Appellee.**

No. 14–14845.

United States Court of Appeals, Eleventh Circuit.

July 20, 2015.

Michael Oliver Mondy, Michael O. Mondy, PC, Atlanta, GA, for Plaintiff–Appellant.

Kenneth Ian Sokolov, Wagner Johnston & Rosenthal, PC, Atlanta, GA, for Defendant–Appellee.

Before ED CARNES, Chief Judge, ROSENBAUM, Circuit Judge, and SMITH,* District Judge.

PER CURIAM:

We have read and carefully considered the briefs and the relevant parts of the record, heard oral argument, and conferred about this case. Having done so, we conclude that the district court's judgment is due to be affirmed for the reasons set out in the district court's order to which we have nothing to add.

**AFFIRMED.**